

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00310-CV

MEGHAN GRANT, Appellant

V.

JOSHUA FINECY, ANTHONY LONG, AND KYLE RANDLE, Appellees

§   On Appeal from the 48th District Court

§   of Tarrant County (048-342682-23)

§   December 28, 2023

§   Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Appellant's motion to dismiss is affirmed and this matter is remanded for further proceedings.

It is further ordered that Appellant Meghan Grant shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack